Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:   (702) 784-5200
Facsimile:   (702) 784-5252
kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN SWISTOCK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01029-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Jonathan Swistock ("Swistock") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively the "Parties"), by and through their undersigned counsel of record, stipulate and request an order from the Court to extend the filing deadline for Wells Fargo to respond to Swistock's Complaint (ECF No. 1), filed on June 30, 2022 in this Court.  This is the first stipulation for an extension of time for Wells Fargo to respond the Complaint.

Currently, Wells Fargo's response to the Complaint is due no later than July 26, 2022. Parties request an extension of time, up to and including, August 26, 2022, for Wells Fargo to file its response to the Complaint.  Wells Fargo requires additional time to complete its research to support its response and time for client review.

/ / /

/ / /

/ / /

1    IT IS STIPULATED AND AGREED by and between Parties that Wells Fargo shall have
2    up to and including August 26, 2022, to file its response to the Complaint (ECF No. 1.)

3

4    DATED this 22nd day of July, 2022                    DATED this 22nd day of July, 2022

5    By: */s/ Michael Kind*                               By: */s/ Holly E. Cheong*
       Michael Kind, Esq. (Bar No. 13903)                    Kelly H. Dove, Esq. (Bar No. 10569)
6      Kind Law                                              Holly E. Cheong, Esq. (Bar No. 11936)
       8860 South Maryland Pkwy, Suite 106                   Snell & Wilmer L.L.P.
7      Las Vegas, NV 89123                                   3883 Howard Hughes Parkway
       Phone: (702) 337-2322                                 Suite 1100
8      Fax: (702) 329-5881                                   Las Vegas, NV 89169
       mk@kindlaw.com                                        Telephone: (702) 784-5200
9                                                            Facsimile: (702) 784-5252
       George Haines, Esq. (Bar No. 9411)                    kdove@swlaw.com
10     Gerardo Avalos, Esq. (Bar No. 15171)                  hcheong@swlaw.com
       Freedom Law Firm                                      *Attorneys for Wells Fargo Bank, N.A.*
11     8985 S. Eastern Ave., Suite 350
       Las Vegas, NV 89123
12     ghaines@freedomlegalteam.com
       *Attorneys for Plaintiff Jonathan*
13     *Swistock*

14

15

16   **IT IS SO ORDERED.**

17                                                       _____
                                                         UNITED STATES MAGISTRATE JUDGE
18
                                                         DATED: July 25, 2022
19
     4873-1050-6537
20

21

22

23

24

25

26

27

28

- 2 -