Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

*Attorneys for Plaintiff Jonathan Swistock*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Swistock, | Case No.: 2:22-cv-01029-JCM-DJA |
| Plaintiff, | **Stipulation for dismissal of Wells Fargo Bank, N.A. with prejudice** |
| v | |
| Wells Fargo Bank, N.A., | |
| Defendant | |

STIPULATION      1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jonathan Swistock and Wells Fargo Bank, N.A. stipulate to dismiss Plaintiff's claims against Wells Fargo Bank, N.A. with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 8, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jonathan Swistock*

**SNELL & WILMER LLP**

/s/ Kelly Dove
Kelly Dove, Esq
Holly Cheong, Esq.
3883 Howard Hughes Parkway Suite 1100
Las Vegas, Nevada 89169
*Counsel for Wells Fargo Bank, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED   November 10, 2022

STIPULATION                                   2